In the Matter of HELEN H. PINE, Appellant, against ELLIS T. TERRY, as Treasurer of Suffolk County, Respondent.

(Submitted October 25, 1933; decided October 27, 1933.)

Motion for reargument denied, without costs. (See 262 N. Y. 405.)

In the Matter of RAYMOND L. BRADSHAW, Respondent, against THE CITY OF SCHENECTADY et al., Appellants.

(Submitted October 25, 1933; decided October 27, 1933.)

*Ettore Mancuso, Corporation Counsel (McDonald King* of counsel), for motion.

*H. E. Blodgett* opposed.

Motion for leave to appeal denied, with ten dollars costs and necessary printing disbursements, on the ground that the appeal might have been taken as matter of right. (Civ. Pr. Act, § 588, subd. 1.)